# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 26 2020**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

George Weeks _____, Plaintiff

v.

PA Barkman _____,

PA Dyer _____,

Dr. Oba _____,

Administrator Chapman _____, Defendant(s).

See Attachment

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

- Defendants

Assistant Warden Sharon Collins

Hosbital Administrator Hudson

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

George Weeks 03568-046  9595 W. Quincy Ave.
(Name, prisoner identification number, and complete mailing address)

Littleton, CO. 80123
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
_X_ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: PA Barkman    9595 W. Quincy Ave.
(Name, job title, and complete mailing address)

Littleton, CO. 80123

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

She is who inmates speak with during sick call at FCI Englewood

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

2

Defendant 2:  PA Dyer   9595. W. Quincy Ave.
(Name, job title, and complete mailing address)
Littleton, CO. 80123

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  X Yes ___ No (*check one*).  Briefly explain:

She is who inmates speak with during sick call.
at FCI Englewood

Defendant 2 is being sued in his/her  X  individual and/or  X  official capacity.

Defendant 3:  Dr. Oba, Clinical Director,  9595 W. Quincy Ave.
(Name, job title, and complete mailing address)
Littleton, CO. 80123

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  X Yes ___ No (*check one*).  Briefly explain:

He sees all cronic care inmates

Defendant 3 is being sued in his/her  X  individual and/or  X  official capacity.

See Attachment

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___   42 U.S.C. § 1983 (state, county, and municipal defendants)

_X_   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) _____

3

B. Defendant Information

Defendant 4:   Administrator Chapman, 9595 W.
Quincy Ave. Littleton, CO. 80123

At the time the complaint arose the
defendant was acting under the color
of Federal law.

Defendant 4: is being sued in his
individual and official capacity.

Defendant 5:   Assistant Warden Sharon Collins
9595 W. Quincy Ave. Littleton CO. 80123

At the time of the complaint arose the
defendant was acting under the color
of federal law

Defendant 5 is being sued in her individual
and official capacity

B. Defendant Information

Defendant 6: Hosbital Administrator Hudson, 9595 W. Quincy Ave, Littleton, CO 80123

At the time the complaint arose the defendant was acting under the color of Federal law.

Defendant 6: is being sued in his individual and official capacity

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Eighth Amendment violation for Deliberate Indifference for serious medical need

Supporting facts: On January 14th, 2019 I fell and broke my back while in custody at Montana State Prison in Deer Lodge Montana. At no time, since January 14th, 2019, have I recieved any medical treatment. I have been in custody since January 23rd, 2018. In April 2019 I received an X-ray at Montana State Prison. The radiology report stated I had a compound fracture in my L2 vertebra and had lost 25% of height in the surrounding discs. I left Montana State Prison on May 22nd, 2019 on transport to Federal Correctional Institution Englewood, Colorado and arrived on 6-27-19. For the first two weeks at FCI Englewood there was no medical staff available to inmates. When I was seen by medical staff I told them about my broken back and about the pain I am in. I was given a nerve block medication and Ibuprofen, neither which has helped with my pain. I have had two sets of X-rays taken since arriving at FCI Englewood one on 7-16-19 and one on 10-1-19 both validating my complaint. (See attachments, radiology reports) I have repeatedly been to sick call complaining about my back injury and the pain I am in with no relief. December 13th, 2019 was the last time I went to sick call and spoke with PA Barkman. She told me I had taken all of the different medications that were available, that I had a cronic care visit with Dr. Oba in March of 2020 and unless I had other issues I should stop coming to sick call and discuss my back

4

See Attachments

D. Statement of Claim

problems with Dr. Oba. The medical staff at FCI Englewood has been aware of the injury to my spine since I arrived and has done nothing to address, treat the problem or assist me in an acceptable form of pain management. When I arrived at FCI Englewood PA Dyer was the first medical staff I had contact with and she told me there was little they could do for pain management and that I would have to live with the pain I was in. I saw Dr. Oba, the clinical director, on 9-16-19 after PA Dyer had ordered X-rays in July. He stated he wanted more X-rays. I asked him about pain management. He told me the Bureau of Prisons did not allow him to prescribe several medications and his hands were tied. He told me he would discuss treatment options with me after he recieved the 2nd radiology report and spoke with the medical administrators, which never happened. At this time I have done and spoken to anyone who could help me and completed the grievance process with no resolution. This is an injury that will affect me the rest of my life.

StatRad Exam Requisition

Page 1 of 1

D. Statement of Claims



FCI

Englewood

## FCI Englewood ENG

| | | | |
|---|---|---|---|
| Patient: | **WEEKS, GEORGE (unknown)** | DOB: | 12/29/72 |
| Register#: | **03568-046** | Age: | 46 |
| Date: | 07/16/19 14:32 | Status: | OP |
| Slicecount: | 2 | | |
| History: | Images Study Description: L SPINE AP, LAT Body Part: LSPINE | | |
| Priors: | | | |
| Exams: | FILM L SPINE | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 202#BOP00092121 | | | |

### Final Report

**FILM L-SPINE**

Indication: None given

Technique: 2 views of the L-spine.

Comparison: None

Findings: Mild anterior wedging of the L2 vertebral body. Mild disc space narrowing and osteophyte formation at L1-L2 and L2-L3. Minimal grade 1 retrolisthesis of L2 on L3. Moderate disc space narrowing and facet arthropathy at L5-S1. The vertebral body heights and intervertebral disc spaces are otherwise well-preserved. No lytic or blastic lesions are seen. The SI joints are unremarkable. Multiple pelvic phleboliths.

Impression:
Mild anterior wedging of the L2 vertebral body, likely from prior trauma.
Mild degenerative disc disease at L1-L2 and L2-L3.
Minimal grade 1 retrolisthesis of L2 on L3.
Moderate degenerative disc disease and facet arthropathy at L5-S1.

Radiologist: Patrick Choi, M.D.

Study ready at 14:34 and initial results transmitted at 17:38

**statrad**

Leading Teleradiology

D. Statement of Claims

## FCI Englewood ENG

Patient:  WEEKS; GEORGE (unknown)
Register#:  03568-046
Date:  10/01/19 15:08
Slicecount:  6
History:  Images Study Description: L SPINE COMPLETE WITH F/EXT Body Part: LSPINE
Priors:
Exams:  FILM L SPINE
Referring Phy:
Ordering Phy:
Ordering Phy #:
Accession Numbers: 202#BOP00117056

DOB:  12/29/72
Age:  46
Status:  OP

**Final Report**

**FILM L-SPINE**

Indication: L SPINE COMPLETE WITH F/EXT

Technique: 6 views of the L-spine.

Comparison: 7/16/19

Findings: Mild anterior wedging of the L2 vertebral body. Mild disc space narrowing and osteophyte formation at L1-L2 and L2-L3. Minimal grade 1 retrolisthesis of L2 on L3. Moderate disc space narrowing and facet arthropathy at L5-S1. The vertebral body heights and intervertebral disc spaces are otherwise well-preserved. No lytic or blastic lesions are seen. The SI joints are unremarkable. Multiple pelvic phleboliths. No significant change in alignment on flexion and extension views.

Impression:
Mild anterior wedging of the L2 vertebral body, likely from prior trauma.
Mild to moderate degenerative disc disease at L1-L2 and L2-L3.
Mild grade 1 retrolisthesis of L2 on L3.
Moderate degenerative disc disease and facet arthropathy at L5-S1.

Radiologist:  Patrick Choi, M.D.

Study ready at 15:10 and initial results transmitted at 18:04

D. Statement of Claims

## GRIEVANCE PROCEDURE

* Mistreated while in State custody
* Lack of pain management
* Lack of medical care for serious injury while in custody
  affecting rest of life
* Demand letter, affidavits, and investigations

07-05-19   Englewood - Filed BP-8 for lack of medical sick call
being available since coming here on 06-23-19.  Stated
I had not received bumigan for glaucoma.  Have not
spoken to anyone about my broken back or head trauma,
and have not received refills of Oxcarbazipine or
ibuprofen.

07-08-19   Went to sick call, was told that I would not be given
bumigan because it is not something they prescribe.
Some other medication would need to be approved.
Asked about prescription for Oxcarbazipine for broken
back.  Was told I would have to start process over
because it would be easier than getting medical records
from MSP.  Said I would get a physical in next day or so.

07-09-19   10:00medical call-out.  Saw MLP Dyer, said I was getting
a script for something other than bumigan, changed
script for Oxcar, given script for ibuprofen.  Set
up x-ray for back and foot, told would talk later
about TBI with doc.  Given soft shoe permit.

07-11-19   Went to A&O, asked medical staff about glaucoma medication.
She took my name and stated she would look into it because
it was important, that I would not get bumigan because
it was not on the formulary.  Was told I would most
likely get baniprost.  Dr. Priddy took me off of it
because it hurt my eyes in 2012.  Went to 3:00pm
pill line, received iburprofen 400 mg., 1 pill twice
daily and Duhoxetine 20 mg. once daily, eye lubricant
but no glaucoma drops.

07-12-19   Tried to go to open house for pill line to ask about
glaucoma drops.  No open house.

07-16-19   Saw Optomitrist, got x-ray on my foot and back in am.
2:00pm MLP-2 was cancelled.  Would try new script for
glaucoma.

07-19-19   Finally received script for Timolol Maleate for
glaucoma.

07-28-19   Went to sick call, raised mg. of Duloxetine from
20 mg. to 60 mg. for back, only given 10 pills.

08-12-19   Put in for Duloxetine refill on computer 08-07-19, went
to pick up 08-09-19, not ready, said pick up Monday.
Pill call cancelled Monday because Pat Conners on Center
Range died from lack of medical treatment.

08-13-19   Finally received refills.

-1-

## D. Statement of Claims

08-14-19    Spoke to A.W. Collins about grievance and back problem and delay in receiving prescriptions. She said I look like I get around just fine and everyone has back pain, even her. Said she would look into medication and that I would not get an MRI. Health Services Admininstrator Hudson was present and witnessed our exchange.

08-29-19    Went to sick call about Duloxitine 10 pill script and running out during weekend. Said would look into it.

09-12-19    Went to sick call and asked to change ibuprofen for Tylonol, asked when I'd see doc. Barkman said I will.

09-16-19    Saw Dr. Oba, changed meds to Tagertall and Tylonol, said nothing will be done about headaches, said I will get more x-rays of my back and foot.

09-20-19    Was not able to pick up refills 9/19 or 9/20.

09-24-19    Went to sick call, asked to change Carbamazpine, was told I didn't give it enough time to work. 9:00 call-out to get more x-rays, was at medical for an hour with 40 other inmates, told will reschedule.

09-29-19    Carbamazepine (Tagertall) is not working. I've been taking 200 mg. instead of 100 mg., not because of Barkman but because of Oba, he said it could be raised to 200 mg. when he put me on BAM. Tylenol for back pain too, says on the bottle. Headaches really suck.

10-01-19    Went to sick call, asked about back medication, again told Barkman I started taking 200 mg. a week ago because Dr. Oba had mentioned that being able to happen. She stated she would change mg. Got standing back x-rays. Patti, the x-ray tech, showed me the x-ray and said, wow!

10-06-19    Did some research on Carbamazepine. 200 mg. is what a 6-year-old would take, It produces more gaba, which is a pain receptor and also affects seizures. It can drop white blood cell counts, blood tests are necessary to monitor. Adult dosage between 600 and 1200 mg. Not tapering use or not taking at all can induce seizures because body does not produce gaba. No wonder my back hurts so bad. Asked my Dad to send info on drug. Need to go up to 400 mg. twice a day for 4 weeks. then to 600 mg. with blood work.

10-07-19    Went to sick call, Barkman not happy I was taking 200 mg. instead of 100 mg. even though we had talked about it. Said she would raise to 400 mg. Went to pill line. No refresh for eyes but BAM. Says to take 200 mg. twice a day. I told her about being a 6-year-old kid. She told me not to listen to outside doctors.

10-08-19    Went to pill line, got script for 400 mg. BAM, refresh and hamaprost.

10-29-19    Went to sick call, Barkman gave me a tens unit and raised mg. to 600. Have bad vertigo, dizzy, can't focus, no hand/eye coordination. Still no pain reduction.

-2-

## D. Statement of Claims

11-14-19   Have gone to pill line 4 times to get new tens pads and always told to come back because they don't know where or what a tens unit is.

11-14-19   Was put on the recreation snow crew on 10-22-19, asked Barkman on 11-10-19 pill line why I had no medical restrictions, she said restrictions were above her pay grade.

11-26-19   Went to the SHU because I got in an argument with the Unit C.O. about being on the snow shovel crew at 1:00am. Did not have any meds. Cold turkey.

12-06-19   Have been trying for a week to find meds and tens unit, getting the runaround. Went to sick call, Barkman said to keep looking and if I can't find tens she'd give me a new one. I told her seeing as how I was off my meds there's no need to taper off, could I try something different? She says "like what?" I don't know what, if anything will happen. Changed from CARBAM to Meloxican 7.5 mg. Still no help.

12-13-19   Went to sick call, got parts for tens unit, raised Meloxican to 15 mg. Barkman said that was all she is able to go. Told her about sleeping problem I'm having, told nothing could be done. I asked to talk to Oba. She said I had an appointment in the beginning of February. She was very stand-offish and told me that I would have to live with what ever pain I was having because I had tried all the medications available and there was nothing else she could do.

12-20-19   Went to sick call to get bottom bunk permit. Chapman told me to come back at lunch. He gave it to me and asked why I hadn't been issued one before with my condition. I told him nothing was being done regarding my broken back except changing medications, all of which were doing nothing to help me.

-3-

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):          Dr. Hurst ET AL.

Docket number and court:          CV 20-001-H-DLC-JTJ

Claims raised:          Eighth Amendment violation for
deliberate indifference for serious medical need

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    Still pending

Reasons for dismissal, if dismissed:          _____

Result on appeal, if appealed:          _____

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

See Attachments

5

F. Administrative Remedies

**Administrative Remedy No. 989442-A1**
**Part B - Response**

BP-11 Final Appeal
Received 2-7-20

This is in response to your Central Office Administrative Remedy Appeal wherein you allege deliberate indifference and refusal of care regarding the treatment of your back pain. For relief, you request an evaluation by an Orthopedist for diagnosis and treatment. You further request monetary compensation.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. Our succeeding review reveals you have been evaluated by Health Services on multiple occasions for your back pain, and have had adjustments in your health care as clinically needed. Further review reveals your pain management regimen includes Meloxicam and a transcutaneous electrical nerve (TENS) unit. On December 13, 2019, the Meloxicam dose was increased to 15mg daily. Since then, you have not returned to sick call. Therefore, at this time, your clinical team has found insufficient diagnostic data to make a clinical determination of the need for a consultation with Orthopedic Specialist. Based on this information, there is no evidence to substantiate your claim of being denied appropriate medical care. Given this, we shall defer any further treatment to the Health Services staff at the local level.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

Regarding your request for monetary compensation, Program Statement 1330.18, Administrative Remedy Program, does not provide such relief. There are statutorily-mandated procedures in place for addressing such requests. Therefore, your request will not be considered in this response.

Considering the foregoing, your appeal is denied.

_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals

F. Administrative Remedies

U.S. Department of Justice                    BP-11                    Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Weeks George L          03565-046          LE          FCI Englewood
        LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

Part A—REASON FOR APPEAL I am not satisfied with the response to my BP-10, case # 989442-R1, so I wist to appeal. In response to the BP-10, it states," you are encouraged to report to sick call if you feel your condition requires further evaluation and has worsened." The BP-9 states," if you feel as though your medical conditions have not improved, or worsened, please sign up for sick call and see your provider," I have repeatedly been to sick call to address the issues regarding my broken back and the pain I am having relating to it. To date other than the use of several medication that didn't and do not help, nothing has been done. Because of the pain in my back I am having problems sleeping and have brought that to medicals attention also. I was told by Barkman nothing would be done about that either. The medical staff is disregarding the clear problems I am having with my back. The medical staff have not conducted the necessary motor/sensory and neurological examinations or performed CT scans, nerve conduction tests or MRI's in response to my complaint The medical staff are persistantly and deliberately indifferent to my complaints of pain and have not rendered reasonable steps to even investigate my claims, or steps necessary to treat me. I have been in custody since the break in my back happened on 1-14-19. Other than 3 sets of X-rays, since that date, nothing has been done.

12-16-19                    George Weeks
DATE                    SIGNATURE OF REQUESTER

Part B—RESPONSE

DEC 20 2019

_____          _____
DATE                    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 989442 A1

Part C—RECEIPT                    CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL          BP-231(13)
                                                                              APRIL 1982

USP LVN          PRINTED ON RECYCLED PAPER

BR-11 Central Office Administrative
Remedy Appeal Continuation page
Case #989442-R1

F. Administrative Remedies

Because of the lack of treatment when the initial complaint was made I will now suffer a life time of problems with my back. The medical care and failure to provide appropriate tests are medically inacceptable under the circumstances and this course of action is in conscious disregard of an excessive risk to my health. I am requesting that I see an orthopedic specialist or other medical specialist qualified to address the spinal issues I have with my back, get properly diagnoised, treated and put on a pain management program from qualified medical proffessionals. I am also requesting monitary compensation

George Weeks     12-16-19

RECEIPT - ADMINISTRATIVE REMEDY

F. Administrative Remedies

DATE: JANUARY 15, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO   : GEORGE LOWRY WEEKS, 03568-046
       ENGLEWOOD FCI    UNT: EAST    QTR: E03-046L

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 989442-A1
DATE RECEIVED   : DECEMBER 26, 2019
RESPONSE DUE    : FEBRUARY 24, 2020
SUBJECT 1       : PRESCRIPTIONS, MEDICATION
SUBJECT 2       : OTHER MEDICAL MATTERS

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JANUARY 15, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO   : GEORGE LOWRY WEEKS, 03568-046
       ENGLEWOOD FCI    UNT: EAST    QTR: E03-046L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 989442-A1
DATE RECEIVED   : DECEMBER 26, 2019
RESPONSE DUE    : FEBRUARY 24, 2020
SUBJECT 1       : PRESCRIPTIONS, MEDICATION
SUBJECT 2       : OTHER MEDICAL MATTERS

F. Administrative Remedies

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

BP-10

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 989442-R1

This is in response to your Regional Administrative Remedy Appeal received on October 1, 2019.   You allege you have been denied to see an orthopedic specialist.   For relief, you request to be seen by an orthopedic specialist.

We have reviewed the documentation related to your appeal.   Based on this review, we concur with the manner in which the Warden addressed your concerns.   You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, <u>Patient Care</u>. A review of your electronic medical record indicates you were seen by the Clinical Director on September 16, 2019, where you were started on Acetaminophen and Tegretol to assist with your back pain.   You were scheduled to be seen by the mid-level provider for a follow-up, however, you reported to sick call on September 24, 2019, October 1, 2019 and October 8, 2019.   During these visits, your medications were reviewed and adjusted to treat your pain.   An appointment with an orthopedic specialist is not medically indicated at this time.   Given this, our intervention is not warranted at this time.   You are encouraged to report to sick call if you feel your condition requires further evaluation or has worsened.

Based on these findings, your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

___11/14/19___
Date

___J. E. Krueger, Regional Director___

```
GEORGE LOWRY WEEKS, 03568-046
ENGLEWOOD FCI    UNT: EAST    QTR: E06-094U
9595 WEST QUINCY AVENUE
LITTLETON,   CO 80123
```

c/o Englewood

Adm. Remedy Program

F. Administrative Remedies

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 22, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : GEORGE LOWRY WEEKS, 03568-046
      ENGLEWOOD FCI    UNT: EAST    QTR: E06-094U

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 989442-R1
DATE RECEIVED   : OCTOBER 1, 2019
RESPONSE DUE    : NOVEMBER 30, 2019
SUBJECT 1       : PRESCRIPTIONS, MEDICATION
SUBJECT 2       : OTHER MEDICAL MATTERS

F 21 Administrative Remedies

**U.S. Department of Justice**                                                    **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Weeks   George   L__          __03568-046__     __LE__       __FCI Englewood__
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT              INSTITUTION

**Part A - REASON FOR APPEAL**

I am not satisfied with the response to my BP-9, case number 989442 and wish to appeal. In the response to my BP-9, it states, "you have been rescheduled to see the Clinical Director and may address my complaints during that visit. If you feel as though your medical conditions have not improved or worsened, please sign up for sick call to see your provider." This statement is the purpose for filing the BP-8 and BP-9 in the first place, I have been to sick call weekly since arriving at Englewood except for the first two weeks when there was no sick call at all. On the 16th of September Dr. Oba told me more X rays were needed because the last ones taken at FCI Englewood were not good enough. Dr. Oba stated nothing would be done regarding my daily head pain related to TBI. Dr. Oba also said that because there was not proper treatment of my broken back and the laps of time since it was broken that there may be nothing that can be done. This is the purpose of the grievance purpose. The pain in my back hip and left leg has not improved, It has gotten worse and keeps me up at night because when I move it activates sharp pain which wakes me from sleep.
Since filing the BP-9 I recieved a copy of the radiology report from the X ray taken at FCI Englewood which validates my claims all the way back to 1-14-19 when I broke my back at Montana State Prison. And also suports the radiology report from Big Sky Mobile Imaging in

__9-23-19__                                         __George L Weeks__
     DATE                                              SIGNATURE OF REQUESTER

**Part B - RESPONSE**

OCT 01 2019

REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

_____                    _____
        DATE                                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: __989442-R1__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

                                                       CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT          INSTITUTION
SUBJECT: _____

_____                    _____
        DATE                                 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

                                                                          BP-230(13)

F. Administrative Remedies

Attachment for Case Number 989442          George Weeks
                                           03568-046

White Fish, Montana who took the first set of x-rays of my back at Montana State Prison which stated that I had a compression fracture of my L2 vertebral and 25% loss of height in the upper and lower disc of the L2. The radiology report from Statrad also states I have retrolisthesis between the L2 and L3 vertebral. I have spoken to an outside orthopedic doctor and understand exactly what retrolisthesis is and how it, paired with, anterior wedging affects the human body. Nerve blocking medication at any dose is hardly taking the edge off of my pain and does nothing for correcting the issue at hand. I have a serious medical need that has been recognized by nurses, P.A's and doctors from Montana State Prison, CCA Shelby, Oklahoma City, and FCI inglewood," that requires treatment that is so obvious even a lay person would recognize the need for medical attention." This delay in treatment since 1-14-19 was and is an urgent medical need and has resulted in continued extreme pain and amounts to deliberate indifference. This delay violates the Constitution and has made my medical problems worse and possibly resulted in a life long handicap and permanent loss. This back injury is a medical issue that any reasonable doctor would find important and worthy of comment or treatment and the presense of a medical condition that significantly affects my daily activities and the existence of chronic and substantial pain. This is nothing less than intentional infliction of emotional distress and physical pain. I need to be taken to an orthopedic specialist, be properly diagnosised and have my medical issues resolved.

Administrative Remedies

RECEIPT - ADMINISTRATIVE REMEDY

DATE: OCTOBER 7, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : GEORGE LOWRY WEEKS, 03568-046
      ENGLEWOOD FCI    UNT: EAST    QTR: E06-094U

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 989442-R1
DATE RECEIVED   : OCTOBER 1, 2019
RESPONSE DUE    : OCTOBER 31, 2019
SUBJECT 1       : PRESCRIPTIONS, MEDICATION
SUBJECT 2       : OTHER MEDICAL MATTERS

F. Administrative Remedies

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY



*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Weeks George L.**          035608-046          LE          **Englewood**
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST**

I broke my back in January 2019 at Montana State Prison. To date I have had x-rays taken in Montana and at Englewood. I was prescribed Oxcarbazepine at CCA Shelby and Duloxetine after arriving at Englewood. Both have given me only minimal relief for pain. I was told in Montana my L2 had a compression fracture and surrounding discs had lost 25% of height. I was told at Englewood that I have interior wedging. I also have Traumatic Brain Injury and my headaches continue to get worse. I am taking a lot of Ibuprofen for TBI which is ineffective and bad for me over all with daily use. I am told by out side doctors that I need a CT scan for my head and an MRI of my back to diagnosis, treat accordingly and be put on proper medication for a more pain free quality of life. I have been in custody from the time I broke my back until now with no treatment, a CT scan was approved at Montana State Prison for my head however I was paroled to the BOP prior to receiving the CT scan. All medical providers so far have said that I will have to live with my back pain and that nothing can be done, outside of streching and maintaining my weight.

8-26-19
DATE

*George L Weeks*
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

FCI Englewood

AUG 3 0 2019

Admin Remedy Program

~~Refer to rejection notice~~
Accepted 9/4/19 ✓

Please response dated 9.13.19.

9.13.19
8-30-19 ✓
DATE

BG
~~BG~~ ✓
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 989142-

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____          _____          _____
DATE          Printed on Recycled Paper          RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP–229(13)
APRIL 1982

Administrative Remedies

BP-229 RESPONSE                          Case Number: 989442-F1

This is in response to your Request for Administrative Remedy received on August 30, 2019, wherein you request your medical issues be addressed.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed you are being treated for your complaint of pain. A visit with the Clinical Director was scheduled for August 29, 2019, and you are documented as being a no show for the appointment. You have been rescheduled to see the Clinical Director and may address your complaints during that visit. If you feel as though your medical conditions have not improved or have worsened, please sign up for sick call to see your provider.

Accordingly, your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____
B. Greilick, Warden

_9-13-19_____
Date

F. Administrative Remedies

.RECEIPT - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 5, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ENGLEWOOD FCI

TO  : GEORGE LOWRY WEEKS, 03568-046
      ENGLEWOOD FCI    UNT: EAST    QTR: E06-094U

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID      : 989442-F1
DATE RECEIVED  : AUGUST 30, 2019
RESPONSE DUE   : SEPTEMBER 19, 2019
SUBJECT 1      : PRESCRIPTIONS, MEDICATION
SUBJECT 2      : OTHER MEDICAL MATTERS

Administrative Remedies

ENG 1330.18b
March 9, 2016
Attachment A, Page 1
Page 9

**FCI     Englewood, Colorado -     Informal Resolution Attempt**

DATE INFORMAL RESOLUTION PROCESS COMMENCES: July 5, 2019

INMATE: George Weeks                              REG. NO.: 03568-046
                        UNIT: Lower East

DATE OF THE INCIDENT AND THE NATURE OF THAT COMPLAINT: I arrived last Thursday the 27th of June. I told the intake nurse that I was using Lumigan for glaucoma. Oxcarbazepine for the factured L2 in my back that happened at Montana State Prison January 2019, and Ibuprofen for TBI. I have been to sick call every morning since arriving at Englewood. There has been no sick call. I have not been able to use Lumigan since leaving Montana State Prison 5 weeks ago. Because I was in transit I was not seen for my broken back or my head trauma either. I am out of both Ibuprofen and Oxcarbazpine. If I do not maintain low eye pressure I could go blind, which there is no coming back from.

WHAT STEPS DID YOU TAKE TO RESOLVE THIS ISSUED BEFORE BRINGING IT TO THE ATTENTION OF YOUR UNIT TEAM? I went to sick call every morning

WHAT ARE YOU REQUESTING TO RESOLVE THIS ISSUE? That my medical issues be adressed. Especially my glaucoma and the break in my back. I have worked in building trades all of my life. By not treating the break correctly it could potentially have a serious impact on the rest of my life. as well as going blind.

INMATE SIGNATURE VERIFYING COMPLAINT: George Weeks
(CONTINUED REVERSE SIDE)

F: Administrative Remedies

EMG 1330.18b
March 9, 2016
Attachment A, Page 2
Page 10

COUNSELOR'S COMMENTS: _Cannot be addressed @ this level_
_Referred to HSA._

DEPARTMENT HEAD'S COMMENTS TO INMATE AFTER REVIEW OF THE COUNSELOR'S
COMMENTS: _1) You have been prescribed medications for your Glaucoma and for back pain. You are scheduled to see the Clinical Director in the very near future to address your complaints._

DEPARTMENT HEAD SIGNATURE: _____    DATE: _8-22-19_

UNIT MANAGER'S SIGNATURE: _____    DATE: _8/23/19_

|  | BP-8 Issued | BP-8 Returned | BP-9 Issued | BP-9 Returned | BP-9 Rec'd in Admin. Remedy Clerk |
|---|---|---|---|---|---|
| Date | 7/5/19 | 7/5/19 | 8/23/19 | 8/26/19 | |
| Time | 10:47 AM | 3:20 PM | 11:15 AM | 3:15 PM | |
| Counselor | | J. Stant | G. Stant | B. Stant | |

Completion of all sections of this form is required before a
BP-229(13) can be issued.  This form supersedes all previous forms.

Rec'd via email on 8/13 requesting status update. Never Rec'd
BP-8 prior to 8/13/19.

**G.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* 1.) That I see an orthopedic specialist and that the Bureau of Prisons follow all instructions.

2.) That I be put on appropriate pain management and physical thearpy.

3.) Cost of all legal fees

4.) $200,000°° for future medical expenses

5.) $1,000 °° a day for pain and suffering until this is treated

6.) $3,500,000°° which is $75,000°° a year for the next 20 years because I will not be able to continue my career in the building trades industry.

7.) That I be ordered to remain at FCI Englewood and not worry about unwarrented retaliation because of this law suit.

**H.    PLAINTIFF'S SIGNATURE** and be transfered.

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*(Plaintiff's signature)*

2-20-20
(Date)

(Form Revised December 2017)

6



PURPLE HEART FOREVER USA (×4)

03568-046
George Weeks
F.C.I. Englewood
9595 W Quincy Ave.
Littleton, CO 80123-1159
United States

Federal Correction Institution

Clerk of the Court

Alfred A Arraj U.S. Courthouse

901 19th St. Room A105

Denver, CO. 80294-3589

CORRECTION:
FCI ENGLEWOOD
9595 WEST QUINCY AVE. LITTLETON

DATE INITIAL S. ___ Wallace

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN
OPENED NOR INSPECTED IF THERE IS A QUESTION OR PROBLEM
OVER WHICH THIS FACILITY HAS NO JURISDICTION, YOU MAY WISH
THE MATERIAL FOR FURTHER INFORMATION. IF THE
WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO AN
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ADDRESS.

LEGAL

LEGAL

LEGAL